disbursements, and the motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Joseph Weiss, Appellant, v. Viola Fox and William Fox, Respondents. Standard Insurance Company of New York, Plaintiff, v. Carlton Transportation Corp., Defendant.— In the circumstances here disclosed, the motion to consolidate should have been granted. Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [166 Misc. 408.]

Stokes Coal Co., Inc., Respondent, v. Rosa Garguilo and Charlotte Gartner Garguilo, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. .

Adolf W. Groh, a Creditor of William Baumgarten & Co., Inc., for Himself and on Behalf of all Other Creditors Similarly Situated v. Central Hanover Bank & Trust Company and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Wolf Goldman v. Sophie Margolies and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Joseph Clemente v. Rose Rosenthal and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Renee Thornton Carafa D'Andria, Formerly Renee Thornton Hageman v. Richard Hageman.— Motion for leave to appeal to the Court of Appeals granted. [See 253 App. Div. 518.] Motion for reargument denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Thelma Aarons, an Infant, by Bertha Aarons, Her Guardian ad Litem, and Bertha Aarons v. Standard Varnish Works, Impleaded, etc. Elaine Goldbladt, an Infant, by Samuel Goldbladt, Her Guardian ad Litem, and Samuel Goldbladt v. Standard Varnish Works.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

William H. McGowan, Receiver of Penn National Bank and Trust Company of Reading, on His Own Behalf and as Such Receiver and on Behalf of the Ætna Casualty and Surety Company of Hartford, Connecticut, etc., v. Thomas C. Eastman and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Michael Kobryn and Harry Kobryn v. The Travelers Insurance Company.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing

the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

VAN DYCK FOODS, INC., v. THE DIME SAVINGS BANK OF BROOKLYN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MURRAY GOLDBERG, on Behalf of Himself and All Other Stockholders of STANDARD POWER AND LIGHT CORPORATION Similarly Situated v. VICTOR EMANUEL and Others, Impleaded with STANDARD POWER AND LIGHT CORPORATION.— Motion for leave to appeal to the Court of Appeals, denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

### (April 22, 1938.)

NICHOLAS ROERICH, HELENA ROERICH, MAURICE M. LICHTMANN, SINA LICHTMANN and FRANCES R. GRANT, Appellants, v. LOUIS L. HORCH, NETTIE S. HORCH, and MASTER INSTITUTE OF UNITED ARTS, INC., Respondents.

Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., dissents; dissenting opinion by O'Malley, J.

O'MALLEY, J. (dissenting). The indisputable documentary evidence bearing on the main issues presented was of such a character that a finding in favor of plaintiffs was required. (*Duryea* v. *Zimmerman*, 143 App. Div. 60, 68; *Susquehanna Silk Mills* v. *Jacobson*, 185 id. 378, 383. See, also, *Bernstein* v. *Kritzer*, 253 N. Y. 410, 416.) I, therefore, dissent and vote to reverse and grant judgment for the plaintiffs as prayed for in the complaint and to dismiss the counterclaims.

In the Matter of the Judicial Settlement of the Account of the Acts and Proceedings of the Title Guarantee and Trust Company as Trustee of the Trust Created by Paragraph " Third " of the Last Will and Testament of FRANK L. NUGENT, Deceased. FRANK LAFAYETTE NUGENT and FLORENCE R. NUGENT, Objectants, Appellants, TITLE GUARANTEE AND TRUST COMPANY, Trustee, Respondent.— Decree unanimously affirmed, with costs payable out of the estate. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Callahan, JJ.

TITLE GUARANTEE AND TRUST COMPANY and BOND AND MORTGAGE GUARANTEE CORPORATION, Appellants, v. CORINNE HOFHEIMER and Others, as Executors, etc. of LESTER HOFHEIMER, Deceased, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Callahan, JJ.

MARY FRAZIER CLARK, Respondent, Appellant, v. ARCHIBALD C. CLARK, Appellant, Respondent.— Judgment and order unanimously modified by reducing the amount of alimony to be paid by the defendant to plaintiff for her support